This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40992**

**DEMING NURSING HOME COMPANY LLC; CARLSBAD MEDICAL CENTER, LLC; MIMBRES MEMORIAL HOSPITAL; ALTA VISTA REGIONAL HOSPITAL; ROSWELL CLINIC CORPORATION; LEA REGIONAL HOSPITAL; BLOOMFIELD NURSING AND REHAB; CLAYTON NURSING & REHAB; COUNTRY COTTAGE CARE & REHAB; SILVER CITY CARE CENTER; RATON NURSING AND REHAB CENTER; SAGE CREST NURSING AND REHABILITATION CENTER; RED ROCKS CARE CENTER; CASA REAL; SANTA FE CARE CENTER; SUNSHINE HAVEN AT LORDSBURG; and ESPANOLA VALLEY NURSING AND REHAB,**

       Protestants-Appellants,

v.

**NEW MEXICO TAXATION & REVENUE DEPARTMENT,**

       Respondent-Appellee,

**IN THE MATTER OF PROTESTS TO THE DENIALS OF REFUNDS ISSUED UNDER VARIOUS LETTER ID NOS. AND OF THE FAILURES TO GRANT OR DENY VARIOUS REFUNDS.**

**APPEAL FROM THE ADMINISTRATIVE HEARINGS OFFICE**
**Chris Romero, Administrative Hearing Officer**

Sutin, Thayer & Browne, P.C.

Suzanne Wood Bruckner
Andrew J. Simons
Wade L. Jackson
John A. Dragovits
Marcella Alvarez Morgan
Albuquerque, NM

for Appellants

N.M. Taxation & Revenue Department
David E. Mittle
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**HENDERSON, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**KATHERINE A. WRAY, Judge**